RECEIVED
FEB 26 2013
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 06-60074-08 |
| | | CIVIL NO. 6:11-1665 |
| VERSUS | * | JUDGE DOHERTY |
| SABINA LUNA VALDEZ | * | MAGISTRATE JUDGE HILL |

## JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein. Accordingly;

**IT IS ORDERED** that Sabina Luna Valdez' Motion to Correct Illegal Sentence [rec. doc. 903] filed pursuant to Title 28 U.S.C. § 2255 be **DENIED AND DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 26 day of February, 2013.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE